ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY - 6 2015

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAKSIM MIKHAIOV PIKULEV | Criminal Indictment<br><br>No. 1 15-CR-157 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about October 17, 2014 and continuing to on or about October 31, 2014, in the Northern District of Georgia, the defendant, MAKSIM MIKHAIOV PIKULEV, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, said information indicating that an activity would take place that would constitute a violation of Title 18, United States Code, Chapter 40, that is MAKSIM MIKHAIOV PIKULEV reported to the Federal Bureau of Investigation that two individuals were attempting to obtain from PIKULEV a bomb which they intended to detonate at a local store, in violation of Title 18, United States Code, § 1038.

### Count Two

On or about December 7, 2014, in the Northern District of Georgia, the defendant, MAKSIM MIKHAIOV PIKULEV, did knowingly and willfully transmit in interstate commerce a threat to injure the person of another, that is, MAKSIM MIKHAIOV PIKULEV made a telephone call from the Northern District of

Georgia to the FBI Washington Field Office, District of Columbia, during which he threatened to injure FBI Special Agents in the Atlanta Field Office, in violation Title 18, United States Code, § 875(c).

A ___TRUE___ BILL

_____
FOREPERSON

JOHN A. HORN
*Acting United States Attorney*

TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181